UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
West Palm Beach Division

In re:  Case No. 19-13077-FPK
Chapter 13

KAREN ROBIN SCHIFF,

Debtor
_____/

**EXPEDITED MOTION TO APPROVE SALE OF HOMESTEAD PROPERTY**
**(Sale is scheduled to close on May 14, 2021)**

**COMES NOW** the Debtor, Karen Schiff, by and through undersigned counsel and files this Expedited Motion to Approve sale of homestead property and states:

1. On March 8, 2019, the Debtor filed a petition for relief under Chapter 13 of title 11, United States Code.

2. The Debtor owns property located at 3566 S Lake Dr, Boynton Beach, FL, legally described as: LAKE EDEN PL NO 2 LT16 BLK 2

3. The Debtor has a contract to sell the property for $870,000 with secured liens totaling approximately $265,000.00. The sale is subject to secured creditors' actual payoff figures and approval.

4. The Debtor entered into a contract for sale of his property. A copy of the contract is attached hereto as "Exhibit A.

5. The Debtor will use the net proceeds from the sale of the home for the purchase of another homestead property.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court approve the sale of the homestead property.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the

Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

        BRIAN K. MCMAHON, P.A.
        1401 Forum Way 6th Floor
        West Palm Beach, FL. 33401
        Tel (561) 478-2500
        Fax (561) 478-3111
        email:  briankmcmahon@gmail.com

        By:*/s/ Brian K. McMahon*
        Brian K. McMahon
        Attorney for the Debtor
        FBN:  853704