

**ORDERED in the Southern District of Florida on May 13, 2021.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No. 19-13077-EPK
                                                Chapter 13
KAREN ROBIN SCHIFF,

    Debtor
_____/

### ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO APPROVE SALE OF HOMESTEAD PROPERTY

**THIS MATTER** came on the uncontested portion of the chapter 13 motion calendar on May 11, 2021, upon Debtor's Motion to Approve Sale of Real Property [DE#78]. There being no objection to the motion, it is

    **ORDERED:**

1. The Debtor's Motion to Approve Sale of Real Property is **GRANTED**.

2. The Debtor's property is more specifically described as: LAKE EDEN PL NO 2 LT16 BLK 2

3. The Debtor's homestead property is commonly known as: 3566 S Lake Dr, Boynton Beach, FL.

4. Any sale remains subject to Secured Creditor's written consent and approval.

5. The Debtor shall provide the Trustee with copies of all closing documents and amended schedules pertaining to the sale no later than five (5) days following the closing.

6. The Debtor shall apply all proceeds to the purchase of a new homestead or place all proceeds in a segregated account for the timely purchase of a new homestead.

7. The Trustee shall continue to make payments to all creditors under the confirmed plan until further order of the court.

8. An order discharging the Debtor will be issued in the normal course upon completion of the confirmed plan.

###

ORDER SUBMITTED BY:
BRIAN K. MCMAHON, P.A.,
1401 Forum Way 6th Floor
West Palm Beach, FL.
Telephone:  561/478-2500
Facsimile:  561/478-3111
email: briankmcmahon@gmail.com

Brian K. McMahon, Esquire, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt and file a certificate of service.